■ JANICE BERGEN-FINE, Appellant, v OIL HEAT INSTITUTE, INC., et al., Defendants, and SUNRISE MEDICAL LABORATORIES et al., Respondents. [720 NYS2d 378] —In an action, *inter alia*, to permanently enjoin the defendants from seeking to collect a debt allegedly owed by the plaintiff, the plaintiff appeals from an order of the Supreme Court, Suffolk County (Underwood, J.), dated March 30, 2000, which denied her motion for a preliminary injunction enjoining the defendants Sunrise Medical Laboratories and First Choice Medical Care from, *inter alia*, taking or authorizing any collection activity against her.

Ordered that the order is affirmed, with costs.

The determination as to whether to issue a preliminary injunction is a matter left to the sound discretion of the Supreme Court (*see, Doe v Axelrod,* 73 NY2d 748, 750). Here, the Supreme Court providently exercised its discretion, since the plaintiff did not establish her right to preliminary injunctive relief (*see, Doe v Axelrod, supra*). Altman, J. P., McGinity, Feuerstein and Smith, JJ., concur.